TO: C.C.A. Clerk                          9-29-15

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 05 2015
Abel Acosta, Clerk

My name is Charlton Bradshaw and I was wondering if you could provide me with A copy of my rehearing of a P.D.R PD-0665-12 that this court disposed of as untimely on Febuary 11, 2013 or give my the price it will cost to purchase the above item.... Also if its possible could you send me a docket summary of all Items filed under tr. ct. No 2009 CR 12809A and PD-0665-12?

Thank You___